UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TENNESSEE, ex rel. JULIE ADAMS, M.D., STEPHEN ADAMS, M.D., and SCOTT STEINMANN, M.D., | ) ) ) ) ) ) | Case No. 1:21-cv-84 Judge Travis R. McDonough |
| *Plaintiffs*, | ) ) | Magistrate Judge Susan K. Lee |
| v. | ) ) | |
| CHATTANOOGA HAMILTON COUNTY HOSPITAL AUTHORITY, *et al.*, | ) ) ) ) | |
| *Defendants*. | ) | |

**ORDER**

Before the Court is Defendant the Plastic Surgery Group's motion to stay discovery and the initial case management conference (Doc. 161). Defendant seeks to stay both pending the resolution of the Defendants' motions to dismiss and argue that a stay would avoid unnecessary litigation expenses. (Doc. 162.)

"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes in its docket with economy of time and effort for itself, for counsel and for litigants, and the entry of such an order ordinarily rests with the sound discretion of the District Court." *F.T.C. v. E.M.A. Nationwide, Inc.*, 767 F.3d 611, 626–27 (6th Cir. 2014) (internal quotation omitted). However, courts "must tread carefully in granting a stay of proceedings, since a party has a right to a determination of its rights and liabilities without undue

delay." *Ohio Envtl. Council v. U.S. Dist. Ct., S. Dist. of Ohio, E. Div.*, 565 F.2d 393, 396 (6th Cir. 1977).

Defendant does not offer any compelling reasons for a stay in this case, and the Court sees no reason for further delay, especially since this action has been pending since April of 2021. Defendant's motion (Doc. 161) is **DENIED**.

Furthermore, the telephonic case management conference previously set for September 20 at 2:00 PM is **RESET** for **September 22 at 2:00 PM**.

**SO ORDERED.**

*/s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**