IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> STATE OF TENNESSEE, ) <br> *ex rel.* JULIE ADAMS, M.D., ) <br> STEPHEN ADAMS, M.D., and ) <br> SCOTT STEINMANN, M.D., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CHATTANOOGA-HAMILTON COUNTY ) <br> HOSPITAL AUTHORITY, d/b/a Erlanger Medical ) <br> Center and Erlanger Health System, *et al.*, ) <br> ) <br> Defendants. ) | Case No. 1:21-cv-84-TRM-MJD <br><br> Judge Travis R. McDonough <br><br> Magistrate Judge Michael J. Dumitru |

**STIPULATION OF DISMISSAL**

The present action was filed under the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3729, *et seq.*, by Relators Julie Adams, Stephen Adams, and Scott Steinmann ("Relators") against Defendant Chattanooga-Hamilton County Hospital Authority d/b/a Erlanger Medical Center and Erlanger Health System ("Erlanger"), et al. (collectively, the "Parties"). Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the Parties hereby stipulate, through their undersigned counsel, to the entry of an order dismissing all claims in this action with prejudice as to Relators and without prejudice as to the United States and the State of Tennessee. The United States, which elected not to intervene in this action, has represented to the Parties that it consents to the dismissal of this action with prejudice as to Relators and without prejudice as to the United States. The State of Tennessee, which elected not to intervene in this action, has represented to the Parties that it consents to the dismissal of this action with prejudice as to Relators and without prejudice as to

1

the State of Tennessee. The Parties request that, pursuant to 31 U.S.C. § 3730(b)(1), the Court permit time for the United States and the State of Tennessee to file their written consents to dismissal. Promptly after the United States and the State of Tennessee file their written consents to dismissal, Relators, through their counsel, will file a proposed order of dismissal.

Dated: April 9, 2025

By: */s/ Jerry E. Martin*_____
   Jay E. Martin
   Seth M. Hyatt
   Barrett, Johnston, Martin & Garrison, LLC
   200 31st Ave. North
   Nashville, TN 37203

   Reuben A. Guttman
   Traci L. Buschner
   Justin S. Brooks
   Elizabeth H. Shofner
   Nancy Gertner
   Guttman, Buschner & Brooks PLLC
   1509 22nd St NW
   Washington, DC 20037

*Attorneys for Relators Julie Adams, Stephen Adams, and Scott Steinmann*

By: */s/ Charles M. Nicely w/ permission by J. Martin*
   Charles M. Nicely
   Mark D. Hackett
   EVANS HARRISON HACKETT PLLC
   735 Broad St., Suite 600
   Chattanooga, TN 37402

*Attorneys for University Surgical Associates PC*

By: */s/ Brian D. Roark w/ permission by J. Martin*
   Brian D. Roark
   Molly K. Ruberg
   BASS, BERRY & SIMS PLC
   21 Platform Way South, Suite 3500
   Nashville, TN 37203

   John C. Harrison
   EVANS HARRISON HACKETT PLLC
   735 Broad St., Ste. 600
   Chattanooga, TN 37402

*Attorneys for Chattanooga-Hamilton County Hospital Authority d/b/a Erlanger Medical Center and Erlanger Health System*

# CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, a true and exact copy of the forgoing has been served on the following counsel via the Court's CM/ECF email notification system:

Joseph C. Rodriguez
Robert C. McConkey, III
U.S. Attorney's Office
Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, TN 37902
joe.rodriguez@usdoj.gov
Robert.mcconkey@usdoj.gov

David G. Miller
U.S. Department of Justice
Civil Division
175 N. Street N.E.
Washington, D.C. 20002
david.g.miller@usdoj.gov

William A. Hullender
State of Tennessee, Office of
Attorney General
500 Dr. Martin L. King, Jr. Blvd
Nashville, TN 37243
tony.hullender@ag.tn.gov

Reuben A. Guttman
Traci L. Buschner
Justin S. Brooks
Elizabeth H. Shofner
Guttman, Buschner & Brooks PLLC
1509 22nd St NW
Washington, DC 20037
lshofner@gbblegal.com
rguttman@gbblegal.com
jbrooks@gbblegal.com
tbuschner@gbblegal.com

Nancy Gertner
Guttman, Buschner & Brooks PLLC
51 Abbottsford Road
Brookline, MA 02446
ngertner@law.harvard.edu

Jerry E. Martin
Seth M. Hyatt
Barrett, Johnston, Martin & Garrison, LLC
200 31st Avenue North
Nashville, TN 37203
(615) 244-2202
jmartin@barrettjohnston.com
shyatt@barrettjohnston.com

Charles M. Nicely
Mark D. Hackett
Evans Harrison Hackett PLLC
335 Broad St., Suite 600
Chattanooga, TN 37402
mnicely@ehhlaw.com
mhackett@ehhlaw.com

Brian M. Nichilo
Troutman Pepper Hamilton Sanders, LLP
500 Berwyn Park
899 Cassatt Rd.
Berwyn, PA 19312
brian.nichilo@troutman.com

Catherine Dorvil
Chambliss, Bahner & Stophel, PC
Liberty Tower
605 Chestnut St., Suite 1700
Chattanooga, TN 37450
cdorvil@chamblisslaw.com

Michael A. Schwartz
Troutman Pepper Hamilton Sanders, LLP
3000 Two Logan Sq.
Eighteenth and Arch St.
Philadelphia, PA 19103
Michael.schwartz@troutman.com

3

/s/ Jerry E. Martin
Jerry E. Martin
BARRETT JOHNSTON MARTIN &
GARRISON, PLLC