**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and THE STATE OF TENNESSEE, ex rel. JULIE ADAMS, M.D., STEPHEN ADAMS, M.D., and SCOTT STEINMANN, M.D., | ) ) ) ) ) ) | |
| *Plaintiffs*, | ) ) | Case No. 1:21-cv-84 |
| v. | ) ) | Judge Travis R. McDonough |
| CHATTANOOGA-HAMILTON COUNTY HOSPITAL AUTHORITY *et al.* | ) ) ) ) | Magistrate Judge Michael J. Dumitru |
| *Defendants*. | ) ) ) | |

**ORDER**

Before the Court is Relators' stipulation of dismissal (Doc. 344). The United States of America and the State of Tennessee both consent to dismissal of this action. (*See* Docs. 345, 346). Accordingly, all claims against Defendants are **DISMISSED WITH PREJUDICE** as to Relators and **DISMISSED WITHOUT PREJUDICE** as to the United States of America and the State of Tennessee. The clerk is **DIRECTED** to close the case.

      **SO ORDERED.**

          **/s/ *Travis R. McDonough***
          **TRAVIS R. MCDONOUGH**
          **UNITED STATES DISTRICT JUDGE**